IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FERDI, LLC,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>J&J ASSET SECURISATION S.A. and,<br>JEAN-BASTIEN THIERRY PASQUINI<br>a/k/a JEAN BASTIEN PASQUINI<br><br>　　　　　*Defendants.* | CIVIL ACTION<br>NO. 22-04387 |

**PAPPERT, J.**                                                                                              **January 11, 2024**

### ORDER

**AND NOW**, this 11th day of January, 2024, upon consideration of Plaintiff's Amended Complaint (ECF 17), Defendants' Motion to Dismiss, Plaintiff's Response in Opposition (ECF 19), Defendant's Reply (ECF 20) and Plaintiff's Sur-Reply (ECF 21), it is hereby **ORDERED** as follows:

1. Defendants' motion is **DENIED** as to Counts I, II and III.

2. Defendants' motion is **GRANTED** as to Count IV.  Count IV is **DISMISSED** with prejudice.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.

1